NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT

RONALD E. GARDINER,                     )
                                        )
            Appellant,                  )
                                        )
v.                                      )        Case No. 2D17-2002
                                        )
MARSHA K. GARDINER,                     )
                                        )
            Appellees.                  )
_____    )

Opinion filed March 2, 2018.

Appeal from the Circuit Court for Manatee
County; Janette Dunnigan, Judge.

Ronald E. Gardiner, pro se.

Marsha K. Gardiner, pro se.


PER CURIAM.


            Affirmed.


NORTHCUTT, MORRIS, and LUCAS, JJ., Concur.